
Case 3:08-cv-03788-JSW   Document 2   Filed 08/07/2008   Page 1 of 6

P.O. Box 32|4|
San Rafael, 94912

**FILED**
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timothy Allen Whiten,    CV 08    3788

Plaintiff,    CASE NO. _____

vs.    PRISONER'S
APPLICATION TO PROCEED
W.T. Pressley    IN FORMA PAUPERIS
Ict.    Defendant.    (PR)

I, Timothy Whiten, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____  Net: _____

Employer: _____N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

10 years ago

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment     Yes ___ No X

    b.   Income from stocks, bonds, or royalties?     Yes ___ No X

    c.   Rent payments?     Yes ___ No X

    d.   Pensions, annuities, or life insurance payments?     Yes ___ No X

    e.   Federal or State welfare payments, Social Security or other government source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ Net $ _____

4.   a.   List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5    _____
6    _____
7  5.    Do you own or are you buying a home?    Yes ____ No ✗
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ____
10 Make _1985 Volvo_ Year _1985_ Model _240 DL_
11 Is it financed? Yes _____ No ✗  If so, Total due: $_____
12 Monthly Payment: $ ___✗___
13 7.    Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✗  Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✗
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _Attached Herein_ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Acct.</u>
26 ____N/A____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8-6-08_____            _____
DATE                              SIGNATURE OF APPLICANT

```
***   REC 2008219   155650 H8430BE0 22G4   CIPQYA1    PQA1    (F-22S )   ***
```

SOCIAL SECURITY ADMINISTRATION

                                               Date: August 6, 2008
                                               Claim Number: 

```
DONNA J CANTY
FOR TIMOTHY ALLEN WHITEN
355 SUNSET TRAIL
NOVATO CA 94945-2714
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

    Beginning August 2008, the current
    Supplemental Security Income payment is...............$ 954.00

    This payment amount may change from month to month if income or living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 415-459-9850. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:


SOCIAL SECURITY
3RD FLOOR
1001 LOOTENS PLACE
SAN RAFAEL, CA 94901

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER