FILED

08 AUG 21 PM 1:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timothy Whiten

     Plaintiff,

vs.

W. T. Pressly

     Defendant.

CASE NO. C08-3788 JSW

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Timothy Whiten, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____ Net: _____

Employer: _____ N/A _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |    a.   Business, Profession or                Yes ___ No _X_
8 |         self employment?

9 |    b.   Income from stocks, bonds,             Yes ___ No _X_
10|         or royalties?

11|    c.   Rent payments?                         Yes ___ No _X_

12|    d.   Pensions, annuities, or                Yes ___ No _X_
13|         life insurance payments?

14|    e.   Federal or State welfare payments,     Yes ___ No _X_
15|         Social Security or other govern-
16|         ment source?

17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _____
20| _____

21| 3.   Are you married?                           Yes ___ No _X_
22| Spouse's Full Name: _____
23| Spouse's Place of Employment: _____
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____ Net $_____
26| 4.   a.   List amount you contribute to your spouse's support:$ _____
27|      b.   List the persons other than your spouse who are dependent upon you for support
28|           and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?                    Yes ____  No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?                                Yes ____  No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? ("yes," provide a description of each asset and its estimated

market value.)                                              Yes ____  No ____

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _X_ | _X_ | $ _____ |
|  |  | $ _____ |
|  |  | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do [not inc]lude account numbers.)  _X_

_____

- 3 -

## STATE OF CALIFORNIA
## REGISTRATION RECEIPT

☒ PENAL CODE SECTION 290
☐ PENAL CODE SECTION 457.1     CII NUMBER   A05686809
☐ HEALTH AND SAFETY CODE SECTION 11590     OLN   N7360487

| Name of Registrant<br>TIMOTHY ALLEN WHITEN | Date of Birth<br>09/28/1957 |
|---|---|
| Residence Address<br>TRANSIENT - RICHMOND | |
| Name of Registering Agency<br>RICHMOND POLICE DEPARTMENT | |

Right Thumb Print

| Date of Annual Update<br>08/13/08 | Date of Registration<br>08/13/08 |
|---|---|
| Signature of Registering Officer/Badge Number<br>Parker 1396 | |
| Signature of Registrant | |

SS-8071 (Rev. 11/02)

---

RICHMOND POLICE DEPARTMENT
CONTROLLED DOCUMENT
NOT TO BE DUPLICATED

TO: Timothy Whiten
BY: #1134
DATE: 8/19/08